UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHARLES C. FEICK,<br><br>      Plaintiff,<br> v.<br><br>THE BRUTSCHE FAMILY RECOVABLE TRUST, et al.,<br><br>      Defendant. | CASE NO. 3:24-CV-5587-TMC<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

  Plaintiff Charles C. Feick has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action (*Feick I*). Dkt. 1. On August 1, 2024, the Court reviewed Plaintiff's proposed complaint and found it failed to state a claim upon which relief could be granted. Dkt. 4. The Court directed Plaintiff to file an amended complaint and, on September 3, 2024, Plaintiff filed a proposed amended complaint. Dkt. 6.

  Around the same time Plaintiff initiated *Feick I*, Plaintiff filed *Feick v. State of Washington, et al.*, 3:24-cv-5603-TMC (*Feick II*). In *Feick II*, Plaintiff asserts claims that appear to relate to the allegations in this case. *See Feick II*, 3:24-cv-5603 at Dkt. 5. On August 15, 2024,

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1

the Honorable Grady J. Leupold granted Plaintiff's application to proceed IFP in *Feick II*. *Id*. at Dkt. 4.

The undersigned finds Plaintiff's proposed amended complaint may still fail to state a claim upon which relief may be granted; however, in light of a potentially related case, *Feick II*, proceeding past the initial stage, the Court finds it prudent to allow this case to proceed as well. Therefore, after careful consideration of the application, the governing law and the balance of the record, the Court ORDERS as follows:

(1) Because Plaintiff does not appear to have funds available to afford the $402.00 filing fee, Plaintiff financially qualifies for IFP status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED. However, based on the allegations in the proposed amended complaint, the undersigned recommends review under 28 U.S.C. §1915(e)(2)(B).

(2) The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the Honorable Tiffany M. Cartwright.

Dated this 12th day of September, 2024.

David W. Christel
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 2